UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-23336 |
|---|---|---|
| BRENDA WILLIAMS | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's monthly payment is decreased to $877.00 through December of 2018. The Debtor's monthly payment will increase back to $1,077.00 in January of 2019.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 27, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100