**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)    BRENDA L WILLIAMS,    Case No. 15-23336    Chapter 13
All Cases: Moving Creditor U.S. Bank National Association, as Trustee,    Date Case Filed 07/08/2015
successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1

Nature of Relief Sought:    ☒ Lift Stay ☐ Annul Stay    ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 7/8/15

Chapter 7:    ☐ No-Asset Report Filed on
              ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ☒ Home
   b. ☐ Car    Year, Make and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ 84,805.97 per claim 21-2
   Total of all other Liens against Collateral $ 0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $ 66,108.00  per Debtor's Schedule A

5. Default
   a. ☐ Pre-Petition Default
      Number of months ___    Amount NA

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months  2     Amount $ 1140.19

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months ___    Amount $ ____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362 (d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount $
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
   i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention filed

Date: 11/13/2019    */s/ Timothy R. Yueill*
                    Submitted By