### Motion For Relief Information
#### Post-Petition Ledger

| Filed By: | Brenda L. Williams0 | Payment Changes | | | |
|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total |
| Case Number: | 15-23336 | | | | |
| Filing Date: | 07/08/15 | | | | |
| Payments in POC | $664.47 | | | | |
| 1st Post Due Date | 08/01/15 | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| 07/24/15 | $ 886.05 | | | $ 886.05 | | $ 886.05 | | | $ - | $ - |
| 08/20/15 | $ 890.13 | | | $ 1,776.18 | | | | | $ 890.13 | $ 890.13 |
| 09/22/15 | | | | $ 1,776.18 | | $ 890.13 | | | $ (890.13) | $ - |
| 10/20/15 | $ 890.13 | | | $ 2,666.31 | | $ 890.13 | | | $ - | $ - |
| 11/30/15 | $ 890.13 | | | $ 3,556.44 | | $ 890.13 | | | $ - | $ - |
| 01/26/16 | $ 890.13 | | | $ 4,446.57 | | | | | $ 890.13 | $ 890.13 |
| 01/27/16 | | | | $ 4,446.57 | | $ 890.13 | | | $ (890.13) | $ - |
| 02/24/16 | $ 890.13 | | | $ 5,336.70 | | | | | $ 890.13 | $ 890.13 |
| 02/25/16 | | | | $ 5,336.70 | | $ 890.13 | | | $ (890.13) | $ - |
| 05/03/16 | $ 890.13 | | | $ 6,226.83 | | | | | $ 890.13 | $ 890.13 |
| 05/04/16 | | | | $ 6,226.83 | | $ 890.13 | | | $ (890.13) | $ - |
| 06/01/16 | $ 890.13 | | | $ 7,116.96 | | | | | $ 890.13 | $ 890.13 |
| 07/15/16 | | | | $ 7,116.96 | | $ 890.13 | | | $ (890.13) | $ - |
| 07/27/16 | $ 893.09 | | | $ 8,010.05 | | | | | $ 893.09 | $ 893.09 |
| 07/28/16 | | | | $ 8,010.05 | | $ 890.13 | | | $ (890.13) | $ 2.96 |
| 09/20/16 | $ 893.09 | | | $ 8,903.14 | | | | | $ 893.09 | $ 896.05 |
| 09/21/16 | | | | $ 8,903.14 | | $ 890.13 | | | $ (890.13) | $ 5.92 |
| 11/02/16 | $ 604.56 | | | $ 9,507.70 | | | | | $ 604.56 | $ 610.48 |
| 11/02/16 | $ 288.53 | | | $ 9,796.23 | | | | | $ 288.53 | $ 899.01 |
| 11/02/16 | | | | $ 9,796.23 | | $ 890.13 | | | $ (890.13) | $ 8.88 |
| 12/05/16 | $ 604.56 | | | $ 10,400.79 | | | | | $ 604.56 | $ 613.44 |
| 12/05/16 | $ 288.53 | | | $ 10,689.32 | | | | | $ 288.53 | $ 901.97 |
| 12/05/16 | | | | $ 10,689.32 | | $ 890.13 | | | $ (890.13) | $ 11.84 |
| 01/25/17 | $ 893.09 | | | $ 11,582.41 | | $ 893.09 | | | $ - | $ 11.84 |
| 02/22/17 | | | | $ 11,582.41 | | | $ 5.92 | | $ (5.92) | $ 5.92 |
| Loan Mod. Entered - Next Post Petition due date is 03/01/2017 | | | | $ 11,582.41 | | | | | $ - | $ 5.92 |
| | | | | $ 5.92 | | | | | $ - | $ 5.92 |
| | $ 170.87 | | | $ 176.79 | Move from Pre | | | | $ 170.87 | $ 176.79 |
| 02/22/17 | | | $ 5.92 | $ 170.87 | Principal | $ 5.92 | | | $ (5.92) | $ 170.87 |
| 03/29/17 | $ 909.09 | 03/01/17 | $ 609.09 | $ 470.87 | | | | | $ 909.09 | $ 1,079.96 |
| 03/30/17 | | | | $ 470.87 | | $ 609.09 | | | $ (609.09) | $ 470.87 |
| 04/06/17 | | | $ 300.00 | $ 170.87 | Principal | $ 300.00 | | | $ (300.00) | $ 170.87 |
| 05/02/17 | $ 909.09 | 04/01/17 | $ 609.09 | $ 470.87 | | | | | $ 909.09 | $ 1,079.96 |
| 05/03/17 | | | | $ 470.87 | | $ 609.09 | | | $ (609.09) | $ 470.87 |
| 05/26/17 | $ 609.09 | 05/01/17 | $ 609.09 | $ 470.87 | | | | | $ 609.09 | $ 1,079.96 |
| 05/30/17 | | | | $ 470.87 | | $ 609.09 | | | $ (609.09) | $ 470.87 |
| 06/09/17 | | | $ 300.00 | $ 170.87 | Principal | $ 300.00 | | | $ (300.00) | $ 170.87 |
| 06/23/17 | $ 609.09 | 06/01/17 | $ 609.09 | $ 170.87 | | | | | $ 609.09 | $ 779.96 |
| 06/26/17 | | | | $ 170.87 | | $ 609.09 | | | $ (609.09) | $ 170.87 |
| 07/25/17 | $ 609.09 | 07/01/17 | $ 609.09 | $ 170.87 | | | | | $ 609.09 | $ 779.96 |
| 07/26/17 | | | | $ 170.87 | | $ 609.09 | | | $ (609.09) | $ 170.87 |
| 08/24/17 | $ 566.26 | 08/01/17 | $ 566.26 | $ 170.87 | PCN | | | | $ 566.26 | $ 737.13 |
| 08/25/17 | | | | $ 170.87 | | $ 566.26 | | | $ (566.26) | $ 170.87 |
| 09/18/17 | $ 566.26 | 09/01/17 | $ 566.26 | $ 170.87 | | | | | $ 566.26 | $ 737.13 |
| 10/10/17 | | | | $ 170.87 | | $ 566.26 | | | $ (566.26) | $ 170.87 |
| 10/31/17 | $ 566.00 | 10/01/17 | $ 566.26 | $ 170.61 | | | | | $ 566.00 | $ 736.87 |
| 11/28/17 | $ 566.26 | 11/01/17 | $ 566.26 | $ 170.61 | | | | | $ 566.26 | $ 1,303.13 |
| 11/29/17 | | | | $ 170.61 | | $ 566.26 | | | $ (566.26) | $ 736.87 |
| 12/27/17 | $ 567.00 | 12/01/17 | $ 566.26 | $ 171.35 | | | | | $ 567.00 | $ 1,303.87 |
| 12/28/17 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 737.61 |
| 12/28/17 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 01/19/18 | $ 566.26 | 01/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 01/22/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 02/16/18 | $ 566.26 | 02/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 02/19/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 03/30/18 | $ 566.26 | 03/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 03/31/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 04/27/18 | $ 566.26 | 04/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 04/30/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 05/24/18 | $ 566.26 | 05/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 05/25/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 06/22/18 | $ 566.26 | 06/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 06/25/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 07/20/18 | $ 566.26 | 07/01/18 | $ 566.26 | $ 171.35 | | | | | $ 566.26 | $ 737.61 |
| 07/23/18 | | | | $ 171.35 | | $ 566.26 | | | $ (566.26) | $ 171.35 |
| 08/31/18 | $ 634.98 | 08/01/18 | $ 634.98 | $ 171.35 | PCN | | | | $ 634.98 | $ 806.33 |
| 09/04/18 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 09/28/18 | $ 634.98 | 09/01/18 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 09/30/18 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 10/26/18 | $ 634.98 | 10/01/18 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 10/29/18 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 12/07/18 | $ 634.98 | 11/01/18 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 12/10/18 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 01/18/19 | $ 634.98 | 12/01/18 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 01/22/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 02/15/19 | $ 634.98 | 01/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 02/18/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 03/15/19 | $ 634.98 | 02/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 03/18/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 04/26/19 | $ 634.98 | 03/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 04/29/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 05/24/19 | $ 634.98 | 04/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 05/28/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 06/25/19 | $ 634.98 | 05/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 06/26/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 08/02/19 | $ 634.98 | 06/01/19 | $ 634.98 | $ 171.35 | | | | | $ 634.98 | $ 806.33 |
| 08/05/19 | | | | $ 171.35 | | $ 634.98 | | | $ (634.98) | $ 171.35 |
| 08/16/19 | $ 300.00 | | | $ 471.35 | | | | | $ 300.00 | $ 471.35 |
| 08/30/19 | $334.98 | 07/01/19 | $ 634.98 | $ 171.35 | | | | | $ 334.98 | $ 806.33 |
| 08/31/19 | | | | $ 171.35 | | $634.98 | | | $ (634.98) | $ 171.35 |
| 09/27/19 | $ 655.77 | 08/01/19 | $ 655.77 | $ 171.35 | PCN | | | | $ 655.77 | $ 827.12 |
| 09/30/19 | | | | $ 171.35 | | $ 655.77 | | | $ (655.77) | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |
| | | | | $ 171.35 | | | | | $ - | $ 171.35 |